# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                        :       NO. 454
                             :

ORDER AMENDING RULE 4.2 OF :       MAGISTERIAL RULES DOCKET
THE RULES GOVERNING         :
STANDARDS OF CONDUCT OF    :
MAGISTERIAL DISTRICT         :
JUDGES                         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 5th day of May, 2021, upon the recommendation of the Minor Court Rules Committee; the proposal having been published for public comment at 50 Pa.B. 4017 (August 8, 2020):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 4.2 of the Rules Governing Standards of Conduct of Magisterial District Judges is amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.